FILED _____ LODGED
RECEIVED _____ COPY

FEB 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00164-PHX-SPL (MHB) |
| Plaintiff, | **I N D I C T M E N T** |
| v. | VIO: 18 U.S.C. § 1001(a)(2)<br>(False Statements)<br>Count 1 |
| Khwaja Mujib Haque, | |
| Defendant. | |

THE GRAND JURY CHARGES:

Introduction

Beginning prior to January 2010 and continuing through May 3, 2015, KHWAJA MUJIB HAQUE, Elton Francis Simpson (Simpson) and Nadir Soofi (Soofi) resided in Phoenix, Arizona. During this time, KHWAJA MUJIB HAQUE and Simpson associated together.

On May 3, 2015, Simpson and Soofi conducted an attack at the Muhammad Art Exhibit and Contest held at the Curtis Culwell Center in Garland, Texas in support of the Islamic State of Iraq and Syria (ISIS), a Designated Foreign Terrorist Organization. Both Simpson and Soofi were killed during the attack.

Beginning on May 3, 2015 and continuing throughout the time period relevant to this indictment, the Federal Bureau of Investigation (FBI) conducted an investigation focused on whether there were other coconspirators or individuals who

1  aided and abetted or supported Simpson and Soofi in conducting or planning the

2  attack.   On December 1, 2016 and again on July 31, 2017, the FBI interviewed

3  KHWAJA MUJIB HAQUE regarding his association with Simpson.

COUNT 1

5      On or about July 31, 2017, in the District of Arizona, in a matter within the

6  jurisdiction of the Federal Bureau of Investigation, an agency of the United States,

7  defendant, KHWAJA MUJIB HAQUE, did knowingly and willfully make a

8  materially false, fictitious, and fraudulent statement and representation, that is,  that

9  KHWAJA MUJIB HAQUE never provided money to Simpson, when, in fact,

10  KHWAJA MUJIB HAQUE did provide money to Simpson, specifically a check in

11  the amount of $2,000, dated January 2, 2010, signed by KHWAJA MUJIB HAQUE

12  and drawn from KHWAJA MUJIB HAQUE's JPMorgan Chase account that was

13  deposited into Simpson's bank account.

14      All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: February 12, 2019

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

KRISTEN BROOK
Assistant U.S. Attorney

- 2 -