ELIZABETH STRANGE
First Assistant United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: kristen.brook@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Khwaja Mujib Haque,<br><br>                    Defendant. | No. CR-19-00164-PHX-SPL<br><br>**NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** |

The United States, through its attorney Kristen Brook, hereby provide notice to defendant, Khwaja Mujib Haque, and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States may offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801- 1812.

Respectfully submitted this 25th day of April, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Kristen Brook*
Kristen Brook
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles D Swift and Rhonda Elaine Neff.

*s/ Kristen Brook*
Assistant United States Attorney